# EXHIBIT A

| RECEIPT NUMBER | 892515 | 75.00 |
|---|---|---|
| TRACKING NUMBER | 73769843 | CTM |

**CAUSE NUMBER**    202043267

| | |
|---|---|
| **PLAINTIFF:** WORLEY, DONALD S <br> **vs.** <br> **DEFENDANT:** CMRE· FINANCIAL SERVICES INC | **In The** 125th <br> **Judicial District Court of** <br> **Harris County, Texas** |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: CMRE FINANCIAL SERVICES INC (FOREIGN CORPORATION) MAY BE SERVED
    THROUGH ITS REGISTERED AGENT COGENCY GLOBAL INC
    1601 ELM ST SUITE 4360 DALLAS TX 75201

Attached is a copy of   <u>PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY DEMAND.</u>

This instrument was filed on the ____21st___ day of _____July_____, 20___20__, in the above cited cause number and court. The instrument attached describes the claim against you.

    **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation·and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

    **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___23rd___ day of
_____July_____, 20___20__.

Issued at request of:
EDDINGTON, MICHELLE RENE
1770 SAINT JAMES PLACE, STE 100
HOUSTON, TX 77056
TEL: (713) 523-5500
Bar Number: 24041034

**MARILYN BURGESS, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

**Generated by:** BURTON, DANCHELLE IT6//11539878

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20_____, at _____ o'clock ___.M., endorsed

the date of delivery thereon, and executed it at _____, _____,
                                         (STREET ADDRESS)                       (CITY)

in _____ County, Texas on the _____ day of _____, 20_____, at _____ o'clock ___.M.,

by delivering to _____, by delivering to its
             (THE DEFENDANT CORPORATION NAMED IN CITATION)

_____, in person, whose name is _____.
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
                            (DESCRIPTION OF PETITION. E.G., "PLAINTIFF'S ORIGINAL")

and with accompanying copies of _____.
                           (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $_____

By: _____
                         (SIGNATURE OF OFFICER)

Printed Name: _____

As Deputy for: _____
_____                      (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20_____

_____
                   Notary Public

        **\*73769843\***

7/21/2020 1:21 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 44698442
By: D Burton
Filed: 7/21/2020 1:21 PM

# 2020-43267 / Court: 125

Cause No. _____

| | | |
|---|---|---|
| DONALD S. WORLEY, | § | IN THE DISTRICT COURT OF |
| | § | |
| ·Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | _____ JUDICIAL DISTRICT |
| CMRE FINANCIAL SERVICES, | § | |
| INC., EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC. d/b/a EXPERIAN, | § | |
| and KIRBY EMERGENCY | § | |
| PHYSICIANS, PLLC, | § | |
| | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND JURY DEMAND

COMES NOW, Plaintiff DONALD S. WORLEY ("Plaintiff"), by and through his attorneys, MCDONALD WORLEY, P.C., and files this petition against Defendants CMRE FINANCIAL SERVICES (hereinafter "CMRE"), EXPERIAN INFORMATION SERVICES, INC. d/b/a EXPERIAN (hereinafter "Experian"), and KIRBY EMERGENCY PHYSICIANS, PLLC (hereinafter "Kirby"), *to wit*, for violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1681 *et seq.*, the Fair Credit Reporting Act ("FCRA") and Tex. Fin. Code Ann. § 292 *et seq.* of the Texas Debt Collection Act ("TDCA") and will show unto the court the following:

### DISCOVERY CONTROL PLAN

1.      The Plaintiff intends that discovery in this case is to be conducted under Level 2, as described by Texas Rule of Civil Procedure 190.

### PRELIMINARY STATEMENT

2.      This is an action for negligence, defamation, statutory damages, costs, and

attorney's fees pursuant to 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1681 *et seq.*, the Fair Credit Reporting Act ("FCRA") and for injunctive relief, damages, and attorney's fees and costs pursuant to Tex. Fin. Code Ann. § 292 *et seq.* of the Texas Debt Collection Act ("TDCA").

## JURISDICTION AND VENUE

3.      The Court has jurisdiction over the controversy because the amount in controversy exceeds the Court's minimum jurisdictional limit.

4.      The Court has jurisdiction over Defendants, CMRE Financial Services, Inc., and Experian Information Solutions, Inc. d/b/a Experian, because they have voluntarily subjected themselves to the jurisdiction of the State of Texas through registration with the Secretary of State.

5.      The Court has jurisdiction over Defendant, Kirby Emergency Physicians, PLLC because it is a resident of Texas.

6.      Venue is proper under TEX. CIV. PRAC. & REM. CODE § 15.002 (a)(1) because all or a substantial part of the acts or omissions giving rise to this this lawsuit occurred in Harris County.

## PARTIES

### Plaintiff:

7.      At all times relevant hereto, Plaintiff is a natural person residing at 10711 Cedar Creek Dr., Houston, Texas 77042.

8.      Plaintiff was allegedly obligated to pay a debt to Defendant, Kirby Emergency Physicians, PLLC.

9.      Plaintiff is a "Consumer" meaning any natural person obligated or allegedly obligated to pay any debt.

10.     Plaintiff is a "Consumer" as defined by Tex. Fin. Code Ann.§ 392.001(1).

**Defendant CMRE:**

11.     At all times relevant hereto, Defendant CMRE Financial Services, Inc. ("CMRE") is a foreign corporation organized under the laws of the state of California. Process may be served on Defendant CMRE through its registered agent for service, Cogency Global, Inc., Registered Agent of CMRE Financial Services, Inc., 1601 Elm St., Ste 4360, Dallas, Texas 75201.

12.     Defendant CMRE is a collection agency headquartered in Brea, California.

13.     Defendant CMRE regularly collects debts from consumers in the State of Texas.

14.     Defendant CMRE engages in interstate commerce by regularly using telephone and mail in a business whose principal purpose is the collection of debts.

15.     Defendant CMRE is a "debt collector" meaning any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed to due to another.

16.     At all times material hereto, Defendant CMRE was acting as a debt collector in respect to the collection of Plaintiff's alleged debts.

**Defendant Experian**

17.     At all times relevant hereto, Defendant Experian Information Systems, Inc. d/b/a Experian ("Experian") is an Ohio corporation transacting business throughout the state of Texas. Process may be served on Defendant Experian through its registered agent for service of process at the following address: CT Corporation System, Registered Agent of Experian  Information Solutions, Inc., 1999 Bryant St., Ste 900, Dallas, Texas 75201-3136.

18.    Defendant Experian is a "consumer reporting agency that compiles and maintains files on consumers on a nationwide basis" as defined by the FCRA, 15 U.S.C. § 1681a(o).

19.    Defendant Experian is regularly engaged in the business of assembling, evaluating and dispensing information concerning consumers for the purpose of furnishing "consumer reports" as that term is defined at 15 U.S.C. § 1681a(d), to third parties.

**Defendant Kirby:**

20.    At all times relevant hereto Kirby Emergency Physicians, PLLC ("Kirby"), is a domestic professional limited liability company. Process may be served on Defendant Kirby through its registered agent for service, Cogency Global, Inc., Registered Agent of Kirby Emergency Physicians, PLLC, 1601 Elm St., Ste 4360, Dallas, Texas 75201.

21.    Defendant Kirby is the "Original Creditor".

22.    Defendant Kirby is a "debt collector" as defined by Tex. Fin. Code Ann. § 392.001(6).

23.    Defendant Kirby engaged in "debt collection" as defined by Tex. Fin. Code Ann. § 392.001(5).

24.    Unless otherwise indicated, the use of Defendants' names in this Complaint includes all their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers of the named Defendants.

## INTRODUCTION

25.    The FCRA imposes duties on credit reporting agencies ("CRAs") and furnishers of information to those CRAs to report consumer information with "maximum possible accuracy." One of the purposes of imposing this duty is to ensure public confidence and the stability of the banking system. 15 U.S.C. § 1681(a)(1). In addition, finance companies and

employers rely on information provided by CRAs. Another purpose at the heart of the FCRA is to preserve the good names of consumers.

26.     In applying for adequate housing, employment, and transportation, consumers are at the mercy of information contained in computer databases, under the control of CRAs. When inaccurate information is contained in those databases and consequently reported to numerous creditors and employers, the name of the consumer is systematically, institutionally, and uncontrollably ruined, as occurred here.

27.     The inaccurate information takes on a life of its own and requires lengthy and exhaustive efforts on the part of consumers to correct, after which time the consumer is not just financially damaged, but also emotionally, physically, and socially damaged as well.

28.     As alleged in this Complaint, Defendant CMRE furnished information to Defendant Experian and the other CRAs—Equifax and Transunion, that Plaintiff owed a debt related to a consumer account. Defendant Kirby was the original creditor of the debt, which was placed with Defendant CMRE for collections and also reported it as past due and in collections to all three CRAs. The account information regarding Plaintiff was false.

29.     As was his right under the FCRA, Plaintiff disputed the debt with all three CRAs and requested that Defendant CMRE validate the debt or that it be removed from Plaintiff's credit report. Despite Plaintiff's repeated attempts to have the Defendants CMRE and Kirby remove the false information, Defendants repeatedly failed to remove the negative mark, as did Defendant Experian. The debt was in fact invalid.

30.     In fact, Defendant Kirby admitted that the debt was not valid and had resulted "through clerical errors with our system" during in person communications between Defendant Kirby and Plaintiff in 2019.

31.     Despite Defendant Kirby admitting the debt was an error caused by its own system, Defendant CMRE continued to report the invalid debt as past due on Plaintiff's credit report for months.

32..    During that time, the negative report affected Plaintiff's ability to obtain adequate housing, employment, and transportation. Specifically, as a result of the invalid reporting to Defendant Experian (and the other CRAs – Equifax, and TransUnion), Plaintiff's credit score was dramatically reduced, and he was denied credit and the opportunity to finance an automobile. Plaintiff felt helpless, frustrated, and humiliated.

33.    This action seeks declaratory, compensatory, statutory, and punitive damages, and costs and reasonable attorneys' fees for Plaintiff against Defendants for their negligent, willful, and knowing violations of the FCRA, FDCPA, and the TDCA.

## THE ALLEGED CONSUMER DEBT

34.    The debt at issue (the "Consumer Debt") is the amount that Plaintiff allegedly owes to the Original Creditor.

35.    The Consumer Debt is an obligation or alleged obligation of a Consumer to pay money arising out of a transaction in which the money, property, or services which are the subject of the transaction are primarily for personal, family, or household purposes.

36.    Plaintiff allegedly owed a debt (the "Consumer Debt") as defined by Tex. Fin. Code Ann § 392.001(2).

## FACTUAL ALLEGATIONS
### *Violation – Credit Report*

37.    On or about July 15, 2019, Defendant CMRE reported an account on Plaintiff's Credit Report to collect a collection account in the amount of $1996.00. *See* Exhibit A (page 37 of 40).

38.    The consumer Debt arose from a medical bill.

39.    Plaintiff does not owe a total amount of $1996.00.

40.    Plaintiff disputed the account.

41.    On or about June 20, 2019 Defendant CMRE contacted Plaintiff in an attempt to

collect the Consumer Debt with alleged outstanding balance of $1176.33 for a total resolution amount of $788.17, even though Plaintiff told them the information was incorrect and he did not owe debt. *See* Exhibit B.

42.     On or about July 15, 2019 Defendant CMRE reported on Plaintiff's Credit Report that the "[a]ccount was legally paid in full for less than the full balance." *See* Exhibit A (page 37 of 40).

43.     Defendant CMRE received the Plaintiff's disputes.

44.     Defendant CMRE has falsely represented the character and amount of the Consumer Debt because Plaintiff does not owe the debt.

45.     Plaintiff has suffered an informational injury from Defendant CMRE's actions and Defendant CMRE has furnished false and derogatory information to the consumer credit reporting agencies.

## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. §§1692e & 1692f *et seq*. AGAINST DEFENDANT CMRE

46.     Plaintiff re-alleges and incorporates by reference all paragraphs above in this Complaint as though fully set out herein.

47.     Defendant CMRE's debt collection efforts against Plaintiff violated various provisions of the FDCPA.

48.     Section 1692e prohibits debt collectors from using any false, deceptive, or misleading representation or means in connection with the collection of any debt, including:

(1)     The false representation of – the character, amount, or legal status of any debt, 15 U.S.C. § 1692e(2);

(2)     Communicating or threatening to communicate to any person credit information

which is known to be false, including the failure to communicate that a disputed

debt is disputed, 15 U.S.C.§ 1692e(8); and

(3)     the use of any false representation or deceptive means to collect or attempt to collect

any debt or to obtain information concerning a consumer, 15 U.S.C.§ 1692e(10).

49.     Section 1692f prohibits a debt collector from using unfair or unconscionable means

to collect or attempt to collect any debt, including:

(1)     The collection of any amount (including any interest, fee, charge, or expense

incidental to the principal obligation) unless such amount is expressly authorized

by the agreement creating the debt or permitted by law. 15 U.S.C. § 1692f(1).

50.     Defendant CMRE violated the FDCPA when it attempted to collect and report the

falsely owed debt.

51.     For these reasons, Defendant CMRE is liable to Plaintiff for statutory damages,

costs, and attorney's fees.

<div align="center">

**COUNT II**
**VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**15 U.S.C. § 1681s-2 AGAINST DEFENDANTS CMRE & KIRBY**

</div>

52.     Plaintiff re-alleges and incorporates by reference all paragraphs above in this Complaint as

though fully set out herein.

53.     15 U.S.C. § 1681s-2 of the FCRA describes the duties of furnishers to provide

accurate information to CRAs.

54.     Plaintiff is a "consumer" under 15 U.S.C. § 1681a(b)-(c) because Plaintiff is an

individual.

55.     As contemplated by 15 U.S.C. § 1681a(b)-(c), Defendant CMRE is a person.

56.     Defendants CMRE violated 15 U.S.C. § 1681s-2(a)(1)(A) prohibition against

reporting information with actual knowledge of errors because it knew or had reasonable cause to

believe that the information was inaccurate. Specifically, the numerous notifications by Plaintiff imparted knowledge and/or reasonable cause to believe that the information was inaccurate.

57.     Defendant CMRE violated 15 U.S.C. § 1681s-2 (a)(1)(B) prohibition against reporting information after notice and confirmation of errors. In numerous instances, Plaintiff contacted Defendant Kirby and Defendant CMRE to dispute information furnished by Defendant CMRE to the CRAs, and to notify Defendant CMRE that the information was inaccurate.

58.     Despite having proof from the consumer to the contrary, Defendant CMRE continued to furnish information to the CRAs relating to Plaintiff when Defendant CMRE was notified by Plaintiff that the information reported was inaccurate and the alleged debt was invalid.

59.     Defendant violated 15 U.S.C. § 1681s-2(a)(2) because it determined that the debt was inaccurate and failed to promptly notify the consumer reporting agency of that determination and provide to the agency any corrections to that information, or any additional information, that is necessary to make the information provided by the person to agency complete and acute, and thereafter furnished to the agency any of the information that remained incomplete and inaccurate.

60.     Defendant CMRE violated 15 U.S.C. § 1681s-2(a)(3) in knowing that the debt was disputed by Plaintiff and in failing to provide to a CRA that the debt was disputed.

61.     Defendant CMRE violated 15 U.S.C. § 1681s-2(a)(8)(e) because after receiving notice of numerous disputes and debt validation requests from Plaintiff, Defendant failed to conduct an investigation with respect to the disputed information, review all relevant information provided by the consumer with the notice, complete an investigation within a 30-day period, and promptly notifying the CRAs.

62.     Defendant CMRE also violated 15 U.S.C. § 1681s-2(b) in that after receiving

notice of a dispute of the debt, Defendant CMRE failed to conduct an investigation, review all relevant information, report the results to the CRAs, and promptly modify, delete, and/or permanently block the reporting of the false debt with the CRAs.

63.     Defendant CMRE also violated in 15 U.S.C. § 1681s-2(7) in failing to inform Plaintiff about negative information in the process of or already placed on a consumer's credit report within one month.

64.     Defendant CMRE's violations were not just negligent, but willful.

65.     Pursuant to 15 U.S.C. 1681, Plaintiff is entitled to actual or statutory damages, attorney's fees, and court costs, as well as punitive damages for willful violations.

## COUNT III
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681 *et seq.* AGAINST DEFENDANT EXPERIAN

66.     Plaintiff re-alleges and incorporates by reference all paragraphs above in this Complaint as though fully set out herein.

67.     15 U.S.C. 1681 regulates CRAs and information contained in credit reports.

68.     Defendant Experian is a "consumer reporting agency" under 15 U.S.C. § 1681a(f) because Defendant regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

69.     Defendant Experian violated 15 U.S.C. § 1681c(f) in that it received notifications pursuant to section 1681s-2(a)(3) from Plaintiff that information regarding Plaintiff is disputed and failed to include the disputed information in the Plaintiff's credit report.

70.     Defendant Experian violated 15 U.S.C. § 1681e(a) in failing to maintain reasonable procedures to avoid violations of 15 U.S.C. § 1681c.

71.     Defendant Experian violated 15 U.S.C. § 1681e(b) in failing to follow reasonable procedures to assure maximum possible accuracy of the information concerning Plaintiff.

72.     Defendant Experian violated 15 U.S.C. § 1681i(a)(1) in that after receiving notice of a dispute of the debt from Plaintiff, Defendant failed to conduct a reasonable investigation to determine whether the debt was inaccurate and delete the debt after it was not verified by Defendant CMRE.

73.     Defendants Experian violated 15 U.S.C. § 1681i(a)(2) in failing to provide prompt notice of dispute to Defendant CMRE when Plaintiff disputed the debt.

74.     Defendant Experian violated 15 U.S.C. § 1681i(a)(4) in conducting its reinvestigation of the debt in and failing to review and consider all relevant information submitted by Plaintiff, including information submitted from the original creditor, Defendant Kirby.

75.     Defendants Experian violated 15 U.S.C. § 1681i(a)(5) in failing to modify and/or delete the debt after it was proven inaccurate and unverifiable, reinserted the debt without certifying the accuracy of the debt, providing notice to Plaintiff, and providing additional information.

76.     Defendants Experian violated 15 U.S.C. § 1681i(a)(6) and 15 U.S.C. § 1681i(a)(7) when it failed to provide any notice of any reinvestigation of the debt to Plaintiff and failed to provide any notice of any description of reinvestigation procedure.

77.     Defendant Experian violated 15 U.S.C. § 1681i(b) for failing to provide Plaintiff with a statement of dispute after any reinvestigation that did not resolve the dispute.

78.     Defendants Experian violated 15 U.S.C. § 1681i(c) for failing to clearly note that the Debt was disputed by Plaintiff.

79.     Defendants Experian violated 15 U.S.C. § 1681i(d) for failing to furnish notification of deletion of disputed information to Plaintiff.

80.     Pursuant to 15 U.S.C. 1681, Plaintiff is entitled to actual or statutory damages, attorney's fees, court costs, and punitive damages for willful violations.

## COUNT IV
### VIOLATIONS OF THE TEXAS COLLECTION PRACTICES ACT
### Tex. Fin. Code Ann. § 292 *et seq*. AGAINST DEFENDANT KIRBY

81.     Plaintiff re-alleges and incorporates by reference all paragraphs above in this Complaint as though fully set out herein.

82.     Defendant Kirby violated the TDCA at Tex. Fin. Code Ann. § 392.303(2), when it attempted to collect a debt that was not owed and charges, fees, or expenses not expressly authorized by the agreement creating the obligation or legally chargeable to the consumer.

83.     For these reasons Defendant Kirby is liable to the Plaintiff for damages, cost, and attorney's fees.

## COUNT V
### VIOLATIONS OF THE TEXAS COLLECTION PRACTICES ACT
### Tex. Fin. Code Ann. § 292 *et seq*. AGAINST DEFENDANT CMRE

84.     Plaintiff re-alleges and incorporates by reference all paragraphs above in this Complaint as though fully set out herein.

85.     Defendant CMRE violated the TDCA at Tex. Fin. Code Ann. § 392.303(2), when it attempted to collect a debt that was not owed and charges, fees, or expenses not expressly authorized by the agreement creating the obligation or legally chargeable to the consumer.

86.     For these reasons Defendant CMRE is liable to the Plaintiff for damages, cost, and attorney's fees.

## DEMAND FOR TRIAL BY JURY

87.     Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff requests a trial by jury on all issues and counts so triable. The appropriate fee has been paid.

## REQUEST FOR DISCLOSURES

88.     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, the Plaintiff requests that the Defendants disclose, within fifty (50) days of original service of the request, the information or material that is described in Rule 194.2.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff DONALD S. WORLEY requests that Defendants CMRE FINANCIAL SERVICES, EXPERIAN INFORMATION SERVICES, INC. d/b/a EXPERIAN, and KIRBY EMERGENCY PHYSICIANS, PLLC each be cited to appear and answer herein and upon final hearing hereof, Plaintiff have judgment of and against Defendants as follows:

(1)     an award enjoining Defendants from reporting and collecting the debt;

(2)     a declaratory judgment be entered that the conduct of Defendants complained of herein violated the Fair Debt Collection Practices Act ("FDCPA"), Fair Credit Reporting Act ("FCRA") and the Texas Debt Collection Act ("TDCA").

(3)     an award for all actual damages, exemplary damages, emotional/mental anguish damages, all attorney's fees, costs of court, and pre-and post-judgment interest at the highest lawful rates;

(4)     an award of statutory damages pursuant to the FDCPA;

(5)    an award of punitive damages in the amount of $500,000 pursuant to the FCRA;

(6)    an award of costs and reasonable attorney's fees pursuant to the FDCPA, FCRA,

and the TDCA; and

(7)    Any such other and further relief as may be just and proper.


Respectfully submitted,


/s/ Michelle Eddington
Michelle Eddington
Texas State Bar No. 24041034
michelle@mcdonaldworley.com
MCDONALD WORLEY, PC
1770 St. James Place, Suite 100
Houston, Texas 77056
(713) 523-5500 (Telephone)
(713) 523-5501 (Facsimile)

**ATTORNEY FOR PLAINTIFF,
DONALD S. WORLEY**

# 2020-43267 / Court: 125



Credit Report Prepared For:

## DONALD S WORLEY

Experian Report As Of:  Apr 29, 2020



EXHIBIT

A

Personal & Confidential

ate of Report: Apr 29, 2020

**experian.**

## Credit Score

Good
679 - 739

# 685

300   FICO® SCORE Experian data 4/29/2020   850

Your score is near or slightly above the average of U.S. consumers and most lenders consider this a good score

## hat's helping your score?

) Long Credit History

 have an established credit history.

r oldest account was opened
**Years, 7 Months ago**

O® Scores measure the age of the oldest account and the average age of all accounts being reported. Generally speaking, having a relative
g credit history and not opening many new accounts is reflective of lower risk.

O High Achievers opened their oldest account 25 years ago, on average.

) Many Accounts Paid On Time

 have many accounts that are in good standing.

mber of your accounts currently being paid as agreed
ccounts

O® Scores consider the number of accounts that are being paid as agreed - in your case this number is high. Staying current and paying bi
time demonstrates lower risk

O High Achievers have an average of 6 accounts currently being paid as agreed.

) Substantial Installment Loan Repayment

r balances on mortgage and/or non-mortgage installment loans are low or substantially paid off.

rcentage of principal you have paid down on your open non-mortgage installment loans.
%

O® Scores evaluate the total outstanding installment loan balances in relation to the original loan amounts on those accounts. Having ma
ostantial payments on mortgage and/or non-mortgage installment loans is seen as lower risk. As installment loan balances decrease, they
re less impact on a FICO®Score. Note, consolidating or moving debt from one account to another will usually not help a FICO® Score since
 same total amount is owed and the score may go down due to opening a new account.

O High Achievers have paid down an average of 40% of the principal on their non-mortgage installment loans.

## hat's hurting your score?

:

) Negative Items

 have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.

mber of your accounts that were ever 60 days late or worse or have a derogatory indicator

2 of 40

nment risk. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain ns that could remain longer. As these items age, they will have less impact on the FICO® Score. Satisfying the public record or paying off t: lection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

out 1% of FICO High Achievers have a 60 days late payment or worse listed on their credit report.

) Recent Missed Payment

u recently missed a payment or had a derogatory indicator reported on your credit report.

ur most recent missed payment happened
**onths ago**

e presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they re and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

out 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, or erage.

) Recent Collection And/Or PR

u have a recent public record and/or collection on your credit report.

ur most recent collection occurred
**'ear, 7 Months ago**

e recency of a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. Note, satisfying blic record or paying off the collection will not remove the item and it will still be considered by a FICO® Score as long as it is reported. As se items age, they have less impact on a FICO® Score. Most public records and collections stay on your report for no more than seven yea ugh there are certain items that could remain longer.

| Summary | Accounts | Collections | Inquiries | Public Records | Credit Score |
|---------|----------|-------------|-----------|----------------|--------------|

ate of Report: Apr 29, 2020

experian.

# Disclaimer

claimer

## out your FICO® Score 8 or other FICO Scores

r FICO® Score 8 powered by Experian data is formulated using the information in your credit file at the time it is requested. Many but not all lenders use FICO® Score dition to the FICO® Score 8, we may offer and provide other base or industry-specific FICO® Scores (such as FICO® Auto Scores and FICO® Bankcard Scores). The er FICO® Scores made available are calculated from versions of the base and industry-specific FICO® Score models

e FICO® Scores (including the FICO® Score 8) range from 300 to 850. Industry-specific FICO® Scores range from 250-900. Higher scores represent a greater likelihoo t you'll pay back your debts so you are viewed as being a lower credit risk to lenders. A lower FICO® Score indicates to lenders that you may be a higher credit risk re are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what ring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process er factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan

## at this means to you:

dit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have includ er credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lend a lender or insurer may use a different FICO® Score than FICO® Score 8 or other base or industry-specific FICO® Scores provided by us, or different scoring models to ermine how you score

Date of Report: Apr 29, 2020

**experian.**

## Account Summary

### My Personal Information

**Name**
DONALD S WORLEY

**Also Known As**
DONALD D WORLEY

**Birth Year**
1967

**Addresses**
201 MORNING DR
LOS ANGELES, CA 90049-1633

19711 CEDAR CREEK DR
HOUSTON, TX 77042-2305

1770 SAINT JAMES PL SUTE 180
HOUSTON, TX 77056-3405

**Employer(s)**
MCDONALD WORLEY PC

THE CHAFFIN LAW FIRM

**Personal Statement(s)**
No Statement(s) present at this time

*Summary*   *Accounts*   *Collections*   *Inquiries*   *Public Records*   *Credit Scor*

Date of Report: Apr 29, 2020

゠experian.

# Account Summary

## My Accounts Summary

| | |
|---|---|
| Open Credit Cards | 8 |
| Open Retail Cards | 1 |
| Open Real Estate Loans | 0 |
| Open Installment Loans | 1 |
| Total Open Accounts | 11 |
| Accounts Ever Late | 2 |
| Collections Accounts | 1 |
| Average Account Age | 12 yrs 3 mos |
| Oldest Account | 28 yrs 7 mos |

## My Hard Credit Inquiries

### 8

## My Overall Credit Usage

### 14%

Credit Debt
$19,806

Total Credit
$143,500

## My Debt Summary

| | |
|---|---|
| Credit and Retail Card Debt | $19,8 |
| Real Estate Debt | $ |
| Installment Loans Debt | $13,9 |
| Collections Debt | $ |
| Total Debt | $33,7 |

## My Public Records

### 0

ate of Report: Apr 29, 2020

**experian.** 

---

# Open Accounts

**AMEX**
3499

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | AMEX |
| Account # | 3499 |
| Original Creditor | |
| Company Sold | |
| Account Type | REVOLVING |
| Date Opened | Apr 03, 1995 |
| Account Status | Open |
| Payment Status | Current |
| Status Updated | Apr 01, 2020 |
| Balance | $4,712 |
| Balance Updated | Apr 27, 2020 |
| Credit Limit | $19,500 |
| Monthly Payment | $94 |
| Past Due Amount | |
| Highest Balance | $26,446 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | |
| Comments | |

## CREDIT USAGE

**24%**

Low Credit Usage
Keeping your account balances
as low as possible can have a
positive impact on your credit.

## CONTACT INFORMATION

PO BOX 297871
FORT LAUDERDALE, FL 33329
(800) 874-2717

## PAYMENT HISTORY

2020, 2019, 2018, 2017, 2016, 2015, 2014, 2013 — monthly OK / Data Unavailable grids

☒ OK   ☐ Data Unavailable

---

Date of Report: Apr 29, 2020

experian.

AMEX
3499

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | AMEX |
| Account # | 3499 |
| Original Creditor | |
| Company Sold | |
| Account Type | REVOLVING |
| Date Opened | Sep 18, 1995 |
| Account Status | Open |
| Payment Status | Current |
| Status Updated | Apr 01, 2020 |
| Balance | $0 |
| Balance Updated | Apr 16, 2020 |
| Credit Limit | $500 |
| Monthly Payment | $35 |
| Past Due Amount | |
| Highest Balance | $561 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | |
| Comments | |

## CREDIT USAGE

0%

No Credit Usage
You have no account balance.
Keeping your account balances
as low as possible can have a
positive impact on your credit.

### CONTACT INFORMATION

PO BOX 297871
FORT LAUDERDALE, FL 33329
(800) 874-2717

### PAYMENT HISTORY

| | 2020 | 2019 | 2018 |
|---|---|---|---|
| Jan Feb Mar Apr | ▦▦▦▦ | ▦▦▦▦ | ▦▦▦▦ |
| May Jun Jul Aug | ☐☐☐☐ | ▦▦▦▦ | ▦▦▦▦ |
| Sep Oct Nov Dec | ☐☐☐☐ | ▦▦▦▦ | ▦▦▦▦ |

| | 2017 | 2016 | 2015 |
|---|---|---|---|
| Jan Feb Mar Apr | ▦▦▦▦ | ▦▦▦▦ | ▦▦▦▦ |
| May Jun Jul Aug | ▦▦▦▦ | ▦▦▦▦ | ▦▦▦▦ |
| Sep Oct Nov Dec | ▦▦▦▦ | ▦▦▦▦ | ▦▦▦▦ |

| | 2014 | 2013 |
|---|---|---|
| Jan Feb Mar Apr | ▦▦▦▦ | ☐☐☐☐ |
| May Jun Jul Aug | ▦▦▦▦ | ▦▦▦▦ |
| Sep Oct Nov Dec | ▦▦▦▦ | ▦▦▦▦ |

▦ OK          ☐ Data Unavailable

Summary      Accounts (Open)      Collections      Inquiries      Public Records      Credit Score

8 of 40

Date of Report: Apr 29, 2020

 

**BANK OF AMERICA, N.A.**
**7100**

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | BANK OF AMERICA, N.A. |
| Account # | 7100 |
| Original Creditor | - |
| Company Sold | - |
| Account Type | REVOLVING |
| Date Opened | Oct 01, 1997 |
| Account Status | Open |
| Payment Status | Current |
| Status Updated | Mar 01, 2020 |
| Balance | $0 |
| Balance Updated | Mar 31, 2020 |
| Credit Limit | $10,000 |
| Monthly Payment | $32 |
| Past Due Amount | - |
| Highest Balance | $10,000 |
| Terms | Revolving |
| Responsibility | Joint Account |
| Your Statement | - |
| Comments | - |

### CREDIT USAGE

**0%**

No Credit Usage
You have no account balance.
Keeping your account balances
as low as possible can have a
positive impact on your credit.

### CONTACT INFORMATION

4909 SAVARESE CIR
TAMPA, FL 33634
(800) 669-6607

### PAYMENT HISTORY

**2020**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2019**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2018**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2017**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2016**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2015**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2014**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2013**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

▨ OK       ☐ Data Unavailable

Summary      Accounts (Open)      Collections      Inquiries      Public Records      Credit Score

9 of 40



Date of Report: Apr 29, 2020



**:experian.**

**COMENITY BANK/PTTRYBRN**
**5856**

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | COMENITY BANK/PTTRYBRN |
| Account # | 5856 |
| Original Creditor | |
| Company Sold | |
| Account Type | REVOLVING |
| Date Opened | Sep 21, 2004 |
| Account Status! | Open |
| Payment Status | Current |
| Status Updated | Apr 01, 2020 |
| Balance | $0 |
| Balance Updated | Apr 25, 2020 |
| Credit Limit | $6,000 |
| Monthly Payment | $0 |
| Past Due Amount | |
| Highest Balance | $3,149 |
| Terms | Revolving |
| Responsibility | Authorized User |
| Your Statement | |
| Comments | |

## CREDIT USAGE

**0%**

No Credit Usage
You have no account balance.
Keeping your account balances
as low as possible can have a
positive impact on your credit.

### CONTACT INFORMATION

PO BOX 182789
COLUMBUS, OH 43218

### PAYMENT HISTORY

**2020**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2019**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2018**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2017**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2016**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2015**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2014**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2013**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

OK   Data Unavailable

Date of Report: Apr 29, 2020

 experian.




**BANK OF TEXAS**
**1106**

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | BANK OF TEXAS |
| Account # | 1106 |
| Original Creditor | |
| Company Sold | |
| Account Type | REVOLVING |
| Date Opened | Mar 26, 2007 |
| Account Status | Open |
| Payment Status | Current |
| Status Updated | Mar 01, 2012 |
| Balance | $0 |
| Balance Updated | Mar 31, 2012 |
| Credit Limit | $10,000 |
| Monthly Payment | $20 |
| Past Due Amount | |
| Highest Balance | $6,805 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | |
| Comments | |

## CREDIT USAGE

**0%**

No Credit Usage
You have no account balance.
Keeping your account balances
as low as possible can have a
positive impact on your credit.

**CONTACT INFORMATION**

1 BANK OF OKLAHOMA TOWER
TULSA, OK 74182
(918) 595-3026

**PAYMENT HISTORY**

| | 2012 | 2011 | 2010 |
|---|---|---|---|

| | 2009 | 2008 | 2007 |
|---|---|---|---|

■ OK   □ Data Unavailable

ate of Report: Apr 29, 2020 

 experian.

<div style="text-align:center">

JPMCB CARD
4147

</div>

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | JPMCB CARD |
| Account # | 4147 |
| Original Creditor | |
| Company Sold | |
| Account Type | REVOLVING |
| Date Opened | May 23, 2009 |
| Account Status! | Open |
| Payment Status | Current |
| Status Updated | Apr 01, 2020 |
| Balance | $3,375 |
| Balance Updated | Apr 22, 2020 |
| Credit Limit | $37,200 |
| Monthly Payment | $35 |
| Past Due Amount | |
| Highest Balance | $36,584 |
| Terms | Revolving |
| Responsibility | Authorized User |
| Your Statement | |
| Comments | |

## CREDIT USAGE

**9%**

Low Credit Usage
Keeping your account balances
as low as possible can have a
positive impact on your credit.

## CONTACT INFORMATION

PO BOX 15369
WILMINGTON, DE 19850
(800) 945-2000

## PAYMENT HISTORY

**2020**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2019**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2018**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2017**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2016**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2015**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2014**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2013**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

OK      Data Unavailable

Date of Report: Apr 29, 2020

 experian.

JPMCB CARD
4388

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | JPMCB CARD |
| Account # | 4388 |
| Original Creditor | |
| Company Sold | |
| Account Type | REVOLVING |
| Date Opened | Jan 26, 2013 |
| Account Status | Open |
| Payment Status | Current |
| Status Updated | Apr 01, 2020 |
| Balance | $1,252 |
| Balance Updated | Apr 24, 2020 |
| Credit Limit | $16,300 |
| Monthly Payment | $35 |
| Past Due Amount | |
| Highest Balance | $47,064 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | |
| Comments | |

## CREDIT USAGE

8%

Low Credit Usage
Keeping your account balances
as low as possible can have a
positive impact on your credit.

## CONTACT INFORMATION

PO BOX 15369
WILMINGTON, DE 19850
(800) 945-2000

## PAYMENT HISTORY

| 2020 | 2019 | 2018 |
|---|---|---|
| Jan Feb Mar Apr | Jan Feb Mar Apr | Jan Feb Mar Apr |
| May Jun Jul Aug | May Jun Jul Aug | May Jun Jul Aug |
| Sep Oct Nov Dec | Sep Oct Nov Dec | Sep Oct Nov Dec |

| 2017 | 2016 | 2015 |
|---|---|---|
| Jan Feb Mar Apr | Jan Feb Mar Apr | Jan Feb Mar Apr |
| May Jun Jul Aug | May Jun Jul Aug | May Jun Jul Aug |
| Sep Oct Nov Dec | Sep Oct Nov Dec | Sep Oct Nov Dec |

| 2014 | 2013 |
|---|---|
| Jan Feb Mar Apr | Jan Feb Mar Apr |
| May Jun Jul Aug | May Jun Jul Aug |
| Sep Oct Nov Dec | Sep Oct Nov Dec |

■ OK     ☐ Data Unavailable

Summary      Accounts (Open)      Collections      Inquiries      Public Records      Credit Score

Date of Report: Apr 29, 2020

  experian.



**FROST BANK**
**1001**

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | FROST BANK |
| Account # | 1001 |
| Original Creditor | |
| Company Sold | |
| Account Type | REVOLVING |
| Date Opened | May 15, 2014 |
| Account Status | Open |
| Payment Status | Current |
| Status Updated | Mar 01, 2020 |
| Balance | $9,589 |
| Balance Updated | Mar 31, 2020 |
| Credit Limit | $10,000 |
| Monthly Payment | $195 |
| Past Due Amount | |
| Highest Balance | $10,000 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | |
| Comments | |

## CREDIT USAGE

**96%**

High Credit Usage
Keeping your account balances
as low as possible can have a
positive impact on your credit.

### CONTACT INFORMATION

PO BOX 1600
SAN ANTONIO, TX 78296
(210) 220-4011

### PAYMENT HISTORY

**2020**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2019**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2018**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2017**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2016**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2015**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2014**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

■ OK    ☐ Data Unavailable

Summary      Accounts (Open)      Collections      Inquiries      Public Records      Credit Score

14 of 40

Date of Report: Apr 29, 2020



JPMCB CARD
4266

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | JPMCB CARD |
| Account # | 4266 |
| Original Creditor | |
| Company Sold | |
| Account Type | REVOLVING |
| Date Opened | Aug 09, 2015 |
| Account Status | Open |
| Payment Status | Current |
| Status Updated | Apr 01, 2020 |
| Balance | $334 |
| Balance Updated | Apr 08, 2020 |
| Credit Limit | $4,000 |
| Monthly Payment | $35 |
| Past Due Amount | |
| Highest Balance | $4,120 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | |
| Comments | |

## CREDIT USAGE

**8%**

Low Credit Usage
Keeping your account balances
as low as possible can have a
positive impact on your credit.

## CONTACT INFORMATION

PO BOX 15369
WILMINGTON, DE 19850
(800) 945-2000

## PAYMENT HISTORY

**2020**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2019**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2018**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2017**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2016**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2015**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

■ OK          □ Data Unavailable

*Summary      Accounts (Open)      Collections      Inquiries      Public Records      Credit Score*

Date of Report: Apr 29, 2020



 experian.

**MERCEDES BENZ FINANCIA**
**5001**

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | MERCEDES BENZ FINANCIA |
| Account # | 5001 |
| Original Creditor | - |
| Company Sold | - |
| Account Type | INSTALLMENT |
| Date Opened | Feb 22, 2019 |
| Account Status! | Open |
| Payment Status | Current |
| Status Updated | Mar 01, 2020 |
| Balance | $13,957 |
| Balance Updated | Mar 31, 2020 |
| Original Balance | $22,835 |
| Monthly Payment | $634 |
| Past Due Amount | - |
| Highest Balance | - |
| Terms | 36 Months |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

## CONTACT INFORMATION

36455 CORPORATE DR
FARMINGTON HILLS, MI 48331
BY MAIL ONLY

### PAYMENT HISTORY

**2020**
| Jan | Feb | Mar | Apr |
|---|---|---|---|

**2019**
| Jan | Feb | Mar | Apr |
|---|---|---|---|

| May | Jun | Jul | Aug |
|---|---|---|---|

| May | Jun | Jul | Aug |
|---|---|---|---|

| Sep | Oct | Nov | Dec |
|---|---|---|---|

| Sep | Oct | Nov | Dec |
|---|---|---|---|

OK        Data Unavailable

*Summary        Accounts (Open)        Collections        Inquiries        Public Records        Credit Score*

Date of Report: Apr 29, 2020





JPMCB CARD
4417



## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | JPMCB CARD |
| Account # | 4417 |
| Original Creditor | . |
| Company Sold | . |
| Account Type | REVOLVING |
| Date Opened | Sep 12, 1991 |
| Account Status! | Open |
| Payment Status | Current |
| Status Updated | Apr 01, 2020 |
| Balance | $544 |
| Balance Updated | Apr 24, 2020 |
| Credit Limit | $80,000 |
| Monthly Payment | $50 |
| Past Due Amount | |
| Highest Balance | $44,813 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | . |
| Comments | . |

## CREDIT USAGE

2%

Low Credit Usage
Keeping your account balances
as low as possible can have a
positive impact on your credit.

## CONTACT INFORMATION

PO BOX 15369
WILMINGTON, DE 19850
(800) 945-2000

## PAYMENT HISTORY

2020 — Jan Feb Mar Apr / May Jun Jul Aug / Sep Oct Nov Dec

2019 — Jan Feb Mar Apr / May Jun Jul Aug / Sep Oct Nov Dec

2018 — Jan Feb Mar Apr / May Jun Jul Aug / Sep Oct Nov Dec

2017 — Jan Feb Mar Apr / May Jun Jul Aug / Sep Oct Nov Dec

2016 — Jan Feb Mar Apr / May Jun Jul Aug / Sep Oct Nov Dec

2015 — Jan Feb Mar Apr / May Jun Jul Aug / Sep Oct Nov Dec

2014 — Jan Feb Mar Apr / May Jun Jul Aug / Sep Oct Nov Dec

2013 — Jan Feb Mar Apr / May Jun Jul Aug / Sep Oct Nov Dec

OK    Data Unavailable

Date of Report: Apr 29, 2020

**experian.**

# Closed Accounts

**ALLY FINANCIAL**
6119

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | ALLY FINANCIAL |
| Account # | 6119 |
| Original Creditor | · |
| Company Sold | · |
| Account Type | INSTALLMENT |
| Date Opened | Mar 19, 2016 |
| Account Status! | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Aug 01, 2016 |
| Balance | · |
| Balance Updated | Aug 03, 2016 |
| Original Balance | $16,700 |
| Monthly Payment | · |
| Past Due Amount | · |
| Highest Balance | · |
| Terms | 36 Months |
| Responsibility | Joint Account |
| Your Statement | · |
| Comments | · |

## CONTACT INFORMATION

200 RENAISSANCE CTR
DETROIT, MI 48243
(800) 260-4622

### PAYMENT HISTORY

**2016**

Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

OK   Data Unavailable

Date of Report: Apr 25, 2020

**experian.**

ALLY FINANCIAL
6119

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | ALLY FINANCIAL |
| Account # | 6119 |
| Original Creditor | |
| Company Sold | |
| Account Type | INSTALLMENT |
| Date Opened | Feb 28, 2011 |
| Account Status | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Sep 01, 2011 |
| Balance | |
| Balance Updated | Sep 01, 2011 |
| Original Balance | $28,977 |
| Monthly Payment | |
| Past Due Amount | |
| Highest Balance | |
| Terms | 60 Months |
| Responsibility | Individual |
| Your Statement | |
| Comments | |

### CONTACT INFORMATION

200 RENAISSANCE CTR
DETROIT, MI 48243
(800) 260-4622

### PAYMENT HISTORY

2011

| Jan | Feb | Mar | Apr |
|---|---|---|---|
| ☐ | ☐ | ■ | ■ |

| May | Jun | Jul | Aug |
|---|---|---|---|
| ■ | ■ | ■ | ■ |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| ■ | ☐ | ☐ | ☐ |

■ OK          ☐ Data Unavailable

ate of Report Apr 29, 2020

**؛experian.**

BANK OF AMERICA, N.A.
6501

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | BANK OF AMERICA, N.A. |
| Account # | 6501 |
| Original Creditor | . |
| Company Sold | . |
| Account Type | INSTALLMENT |
| Date Opened | May 15, 2015 |
| Account Status | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Jun 01, 2017 |
| Balance | . |
| Balance Updated | Jun 30, 2017 |
| Original Balance | $51,508 |
| Monthly Payment | . |
| Past Due Amount | . |
| Highest Balance | . |
| Terms | 66 Months |
| Responsibility | Individual |
| Your Statement | . |
| Comments | . |

## CONTACT INFORMATION

4909 SAVARESE CIR
TAMPA, FL 33634
(800) 669-6607

### PAYMENT HISTORY

| 2017 | 2016 | 2015 |
|---|---|---|
| Jan Feb Mar Apr | Jan Feb Mar Apr | Jan Feb Mar Apr |
| May Jun Jul Aug | May Jun Jul Aug | May Jun Jul Aug |
| Sep Oct Nov Dec | Sep Oct Nov Dec | Sep Oct Nov Dec |

■ OK   ☐ Data Unavailable

Date of Report: Apr 29, 2020

**experian.**

CBNA
4269

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | CBNA |
| Account # | 4269 |
| Original Creditor | . |
| Company Sold | . |
| Account Type | REVOLVING |
| Date Opened | Mar 23, 2014 |
| Account Status | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Jan 01, 2017 |
| Balance | . |
| Balance Updated | Jan 29, 2017 |
| Credit Limit | $2,000 |
| Monthly Payment | . |
| Past Due Amount | . |
| Highest Balance | $2,000 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | . |
| Comments | Credit line closed-grantor request-reported by subscriber |

## CREDIT USAGE

**N/A**

Unknown Credit Usage
Credit usage could not be
calculated for this account
because either the balance
and/or credit limit were not
reported.

## CONTACT INFORMATION

50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE, IL 60007

### PAYMENT HISTORY

| 2017 | | | |
|---|---|---|---|
| Jan | Feb | Mar | Apr |
| May | Jun | Jul | Aug |
| Sep | Oct | Nov | Dec |

| 2016 | | | |
|---|---|---|---|
| Jan | Feb | Mar | Apr |
| May | Jun | Jul | Aug |
| Sep | Oct | Nov | Dec |

| 2015 | | | |
|---|---|---|---|
| Jan | Feb | Mar | Apr |
| May | Jun | Jul | Aug |
| Sep | Oct | Nov | Dec |

| 2014 | | | |
|---|---|---|---|
| Jan | Feb | Mar | Apr |
| May | Jun | Jul | Aug |
| Sep | Oct | Nov | Dec |

■ OK   □ Data Unavailable

rate of Report: Apr 29, 2020

**·experian.**

FIFTH THIRD BANK NA
8XXXX

Close:

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | FIFTH THIRD BANK NA |
| Account # | 8XXXX |
| Original Creditor | - |
| Company Sold | . |
| Account Type | INSTALLMENT |
| Date Opened | Aug 24, 2012 |
| Account Status! | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Oct 01, 2013 |
| Balance | . |
| Balance Updated | Oct 31, 2013 |
| Original Balance | $23,188 |
| Monthly Payment | . |
| Past Due Amount | . |
| Highest Balance | . |
| Terms | 60 Months |
| Responsibility | Individual |
| Your Statement | . |
| Comments | - |

### CONTACT INFORMATION

5050 KINGSLEY DR
CINCINNATI, OH 45227
(800) 972-3030

### PAYMENT HISTORY

| | 2013 | | | | | 2012 | | |
|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr |
| | May | Jun | Jul | Aug | May | Jun | Jul | Aug |
| | Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec |

OK     Data Unavailable

Date of Report: Apr 29, 2020

**≈experian.**

JPMCB CARD
4081·

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | JPMCB CARD |
| Account # | 4081 |
| Original Creditor | · |
| Company Sold | · |
| Account Type | REVOLVING |
| Date Opened | Apr 07, 2006 |
| Account Status! | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Apr 01, 2015 |
| Balance | · |
| Balance Updated | Apr 14, 2015 |
| Credit Limit | $1,500 |
| Monthly Payment | · |
| Past Due Amount | · |
| Highest Balance | $16,747 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | · |
| Comments | Credit line closed-consumer request-reported by subscriber |
| | Account closed at consumer's request |

## CREDIT USAGE

### N/A

Unknown Credit Usage
Credit usage could not be calculated for this account because either the balance and/or credit limit were not reported.

### CONTACT INFORMATION

PO BOX 15369
WILMINGTON, DE 19850
(800) 945·2000

### PAYMENT HISTORY

**2015**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2014**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2013**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2012**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2011**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2010**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2009**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2008**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

▓ OK          ☐ Data Unavailable

*Summary*     *Accounts (Closed)*     *Collections*     *Inquiries*     *Public Records*     *Credit Score*

Date of Report: Apr 29, 2020

**experian.**

MERCEDES BENZ FINANCIA
7003

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | MERCEDES BENZ FINANCIA |
| Account # | 7003 |
| Original Creditor | |
| Company Sold | |
| Account Type | INSTALLMENT |
| Date Opened | May 27, 2014 |
| Account Status | Closed |
| Payment Status | Charge off |
| Status Updated | Feb 01, 2020 |
| Balance | $29 |
| Balance Updated | Mar 31, 2020 |
| Original Balance | $30,506 |
| Monthly Payment | |
| Past Due Amount | |
| Highest Balance | |
| Terms | 36 Months |
| Responsibility | Individual |
| Your Statement | |
| Comments | Affected by natural disaster |

## CONTACT INFORMATION

36455 CORPORATE DR
FARMINGTON HILLS, MI 48331
BYMAILONLY

### PAYMENT HISTORY

Payment history grid for years 2020, 2019, 2018, 2017, 2016, 2015, and 2014 with monthly status boxes (OK / Negative / Data Unavailable).

Legend: ■ OK   ▨ Negative   □ Data Unavailable

Date of Report: Apr 29, 2020

**experian.**

MERCEDES BENZ FINANCIA
5000

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | MERCEDES BENZ FINANCIA |
| Account # | 5000 |
| Original Creditor | ·· |
| Company Sold | · |
| Account Type | INSTALLMENT |
| Date Opened | Dec 26, 2016 |
| Account Status! | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | May 01, 2019 |
| Balance | · |
| Balance Updated | May 31, 2019 |
| Original Balance | $31,493 |
| Monthly Payment | · |
| Past Due Amount | · |
| Highest Balance | · |
| Terms | 30 Months |
| Responsibility | Individual |
| Your Statement | · |
| Comments | · |

## CONTACT INFORMATION

36455 CORPORATE DR
FARMINGTON HILLS, MI 48331
BY MAIL ONLY

### PAYMENT HISTORY

|  | 2019 | 2018 | 2017 |
|---|---|---|---|
| Jan Feb Mar Apr | ■■■■ | ■■▨■ | ■■■■ |
| May Jun Jul Aug | ■□□□ | ■■■■ | ■■■■ |
| Sep Oct Nov Dec | □□□□ | ▨■■■ | ■■▨■ |

■ OK          □ Data Unavailable

ate of Report: Apr 29, 2020

**≠experian.**

TEXAS DOW EMPLOYEES CU
2431

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | TEXAS DOW EMPLOYEES CU |
| Account # | 2431 |
| Original Creditor | · |
| Company Sold | · |
| Account Type | INSTALLMENT |
| Date Opened | Dec 16, 2014 |
| Account Status | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Oct 01, 2015 |
| Balance | · |
| Balance Updated | Oct 01, 2015 |
| Original Balance | $25,000 |
| Monthly Payment | · |
| Past Due Amount | · |
| Highest Balance | · |
| Terms | 72 Months |
| Responsibility | Joint Account |
| Your Statement | · |
| Comments | · |

## CONTACT INFORMATION

1001 FM 2004 RD
LAKE JACKSON, TX 77566
(979) 297-1154

### PAYMENT HISTORY

**2015**

| Jan | Feb | Mar | Apr |
| May | Jun | Jul | Aug |
| Sep | Oct | Nov | Dec |

■ OK      ☐ Data Unavailable

ate of Report: Apr 29, 2020

**experian.**

US BANK
5140

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | US BANK |
| Account # | 5140 |
| Original Creditor | . |
| Company Sold | . |
| Account Type | INSTALLMENT |
| Date Opened | Jun 02, 2014 |
| Account Status! | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Aug 01, 2015 |
| Balance | . |
| Balance Updated | Aug 31, 2015 |
| Original Balance | $11,335 |
| Monthly Payment | . |
| Past Due Amount | . |
| Highest Balance | . |
| Terms | 48 Months |
| Responsibility | Individual |
| Your Statement | . |
| Comments | . |

## CONTACT INFORMATION

PO BOX 5227
CINCINNATI, OH 45201
(800) 331-4736

### PAYMENT HISTORY

2015 / 2014

OK / Data Unavailable

Date of Report: Apr 29, 2020

**experian.**

ALLY FINANCIAL
08491

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | ALLY FINANCIAL |
| Account # | 08491 |
| Original Creditor | · |
| Company Sold | · |
| Account Type | INSTALLMENT |
| Date Opened | Apr 30, 2010 |
| Account Status! | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Sep 01, 2012 |
| Balance | · |
| Balance Updated | Sep 03, 2012 |
| Original Balance | $54,908 |
| Monthly Payment | · |
| Past Due Amount | · |
| Highest Balance | · |
| Terms | 60 Months |
| Responsibility | Individual |
| Your Statement | · |
| Comments | · |

## CONTACT INFORMATION

200 RENAISSANCE CTR # B0
DETROIT, MI 48243
(800) 200-4622

### PAYMENT HISTORY

2012 / 2011 / 2010 payment history grid

☐ OK   ☐ Date Unavailable

Date of Report: Apr 29, 2020

**ξexperian.**

BANK OF AMERICA
XXXX

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | BANK OF AMERICA |
| Account # | XXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | REVOLVING |
| Date Opened | Jan 26, 2004 |
| Account Status | Closed |
| Payment Status | Current |
| Status Updated | Feb 01, 2017 |
| Balance | $0 |
| Balance Updated | Feb 04, 2017 |
| Credit Limit | $24,400 |
| Monthly Payment | $201 |
| Past Due Amount | - |
| Highest Balance | $69,840 |
| Terms | Revolving |
| Responsibility | Joint Account |
| Your Statement | - |
| Comments | Credit line closed-consumer request-reported by subscriber |
| | Account closed at consumer's request |

## CREDIT USAGE

**0%**

No Credit Usage
You have no account balance.
Keeping your account balances
as low as possible can have a
positive impact on your credit

### CONTACT INFORMATION

PO BOX 982238
EL PASO, TX 79998

### PAYMENT HISTORY

| 2017 | 2016 | 2015 |
|---|---|---|
| Jan Feb Mar Apr | Jan Feb Mar Apr | Jan Feb Mar Apr |
| May Jun Jul Aug | May Jun Jul Aug | May Jun Jul Aug |
| Sep Oct Nov Dec | Sep Oct Nov Dec | Sep Oct Nov Dec |

| 2014 | 2013 | 2012 |
|---|---|---|
| Jan Feb Mar Apr | Jan Feb Mar Apr | Jan Feb Mar Apr |
| May Jun Jul Aug | May Jun Jul Aug | May Jun Jul Aug |
| Sep Oct Nov Dec | Sep Oct Nov Dec | Sep Oct Nov Dec |

| 2011 | 2010 |
|---|---|
| Jan Feb Mar Apr | Jan Feb Mar Apr |
| May Jun Jul Aug | May Jun Jul Aug |
| Sep Oct Nov Dec | Sep Oct Nov Dec |

■ OK     ☐ Data Unavailable

*Summary    Accounts (Closed)    Collections    Inquiries    Public Records    Credit Score*

Date of Report: Apr 29, 2020

**experian.**

BANK OF AMERICA, N.A.
7106

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | BANK OF AMERICA, N.A. |
| Account # | 7106 |
| Original Creditor | |
| Company Sold | |
| Account Type | REVOLVING |
| Date Opened | Oct 09, 1997 |
| Account Status | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Aug 01, 2014 |
| Balance | |
| Balance Updated | Aug 31, 2014 |
| Credit Limit | $0 |
| Monthly Payment | |
| Past Due Amount | |
| Highest Balance | $1,050 |
| Terms | Revolving |
| Responsibility | Joint Account |
| Your Statement | |
| Comments | Credit line closed-consumer request-reported by subscriber |
| | Account closed at consumer's request |

## CREDIT USAGE

N/A

Unknown Credit Usage
Credit usage could not be calculated for this account because either the balance and/or credit limit were not reported.

### CONTACT INFORMATION

4909 SAVARESE CIR
TAMPA, FL 33634
(800) 669-6607

### PAYMENT HISTORY

**2014**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2013**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2012**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2011**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2010**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2009**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2008**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2007**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

OK   Data Unavailable

ate of Report: Apr 29, 2020

≡experian.

DISCOVER FIN SVCS LLC
601*

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | DISCOVER FIN SVCS LLC |
| Account # | 6011 |
| Original Creditor | |
| Company Sold | |
| Account Type | REVOLVING |
| Date Opened | Apr 18, 1996 |
| Account Status! | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Nov 01, 2019 |
| Balance | - |
| Balance Updated | Nov 13, 2019 |
| Credit Limit | $9,100 |
| Monthly Payment | - |
| Past Due Amount | - |
| Highest Balance | $10,300 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

## CREDIT USAGE

**N/A**

Unknown Credit Usage
Credit usage could not be
calculated for this account
because either the balance
and/or credit limit were not
reported

## CONTACT INFORMATION

PO BOX 15316
WILMINGTON, DE 19850
(800) 347-2683

## PAYMENT HISTORY

**2019**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2018**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2017**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2016**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2015**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2014**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2013**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

▨ OK          ☐ Data Unavailable

*Summary*        *Accounts (Closed)*        *Collections*        *Inquiries*        *Public Records*        *Credit Score*

Date of Report: Apr 29, 2020

**≡experian.**

FIRST COMMUNITY CRED U
2384

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | FIRST COMMUNITY CRED U |
| Account # | 2384 |
| Original Creditor | |
| Company Sold | |
| Account Type | INSTALLMENT |
| Date Opened | Aug 09, 2011 |
| Account Status | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Jun 01, 2014 |
| Balance | |
| Balance Updated | Jun 30, 2014 |
| Original Balance | $33,442 |
| Monthly Payment | |
| Past Due Amount | |
| Highest Balance | |
| Terms | 61 Months |
| Responsibility | Individual |
| Your Statement | |
| Comments | |

## CONTACT INFORMATION

15260 FM 529 RD
HOUSTON, TX 77095
(281) 856-5300

### PAYMENT HISTORY

**2014**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2013**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2012**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2011**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

▨ OK          ☐ Data Unavailable

JPMCB HOME
4194

Closed

**ACCOUNT DETAILS**

| | |
|---|---|
| Account Name | JPMCB HOME |
| Account # | 4194 |
| Original Creditor | - |
| Company Sold | - |
| Account Type | INSTALLMENT |
| Date Opened | Apr 11, 1997 |
| Account Status | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Sep 01, 2010 |
| Balance | - |
| Balance Updated | Sep 30, 2010 |
| Original Balance | $2,900 |
| Monthly Payment | - |
| Past Due Amount | - |
| Highest Balance | - |
| Terms | Unknown |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

**CONTACT INFORMATION**

700 KANSAS LN
MONROE, LA 71203
(800) 848-9136

**PAYMENT HISTORY**

2010 | 2009 | 2008

2007 | 2006 | 2005

2004 | 2003

OK    Data Unavailable

ote of Report: Apr 29, 2020

**⁻experian.**

MERCEDES BENZ FINANCIA
5000

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | MERCEDES BENZ FINANCIA |
| Account # | 5000 |
| Original Creditor | . |
| Company Sold | . |
| Account Type | INSTALLMENT |
| Date Opened | Dec 26, 2016 |
| Account Status | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Jul 01, 2019 |
| Balance | . |
| Balance Updated | Jul 23, 2019 |
| Original Balance | $31,493 |
| Monthly Payment | . |
| Past Due Amount | . |
| Highest Balance | . |
| Terms | 30 Months |
| Responsibility | Individual |
| Your Statement | . |
| Comments | . |

## CONTACT INFORMATION

36455 CORPORATE DR
FARMINGTON HILLS, MI 48331
BYMAILONLY

### PAYMENT HISTORY

|  | 2019 | 2018 | 2017 |
|---|---|---|---|

OK    Data Unavailable

Date of Report: Apr 29, 2020

**experian.**

SYNCB/PPC
6044

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | SYNCB/PPC |
| Account # | 6044 |
| Original Creditor | . |
| Company Sold | . |
| Account Type | REVOLVING |
| Date Opened | Aug 19, 2013 |
| Account Status! | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Nov 01, 2019 |
| Balance | . |
| Balance Updated | Nov 28, 2019 |
| Credit Limit | $3,500 |
| Monthly Payment | |
| Past Due Amount | . |
| Highest Balance | . |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | . |
| Comments | Credit line closed-grantor request-reported by subscriber |

## CREDIT USAGE

N/A

Unknown Credit Usage
Credit usage could not be
calculated for this account
because either the balance
and/or credit limit were not
reported

### CONTACT INFORMATION

PO BOX 539975
ORLANDO, FL 32896
(844) 373-4961

### PAYMENT HISTORY

**2019**

| Jan | Feb | Mar | Apr |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

| May | Jun | Jul | Aug |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| ☐ | ■ | ■ | ☐ |

■ OK          ☐ Date Unavailable

ate of Report: Apr 29, 2020

**experian.**

THD/CBNA
6035

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | THD/CBNA |
| Account # | 600 |
| Original Creditor | . |
| Company Sold | . |
| Account Type | REVOLVING |
| Date Opened | Aug 12, 1998 |
| Account Status | Closed |
| Payment Status | Paid satisfactorily |
| Status Updated | Nov 01, 2011 |
| Balance | . |
| Balance Updated | Nov 10, 2011 |
| Credit Limit | $2,591 |
| Monthly Payment | |
| Past Due Amount | . |
| Highest Balance | $6,829 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | |
| Comments | Credit line closed-grantor request-reported by subscriber |

## CREDIT USAGE

**N/A**

Unknown Credit Usage
Credit usage could not be
calculated for this account
because either the balance
and/or credit limit were not
reported

### CONTACT INFORMATION

PO BOX 6497
SIOUX FALLS, SD 57117
BYMAILONLY

### PAYMENT HISTORY



ON            Data Unavailable

Date of Report: Apr 29, 2020

**experian.**

# Collections

CMRE. 877-572-7555
T710IMXXXXXXXXXXXXXX

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | CMRE. 877-572-7555 |
| Account # | T710IMXXXXXXXXXXXXXX |
| Original Creditor | KIRBY EMERGENCY PHYSICIANS |
| Company Sold | .. |
| Account Type | COLLECTION |
| Date Opened | Sep 06, 2018 |
| Account Status | . |
| Payment Status | Legally paid in full for less than the full balance |
| Status Updated | Jul 01, 2019 |
| Balance | . |
| Balance Updated | Jul 15, 2019 |
| Original Balance | $1,996 |
| Monthly Payment | . |
| Past Due Amount | - |
| Highest Balance | - |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | . |
| Comments | Election of remedy - reported by subscriber |
| | Account legally paid in full for less than the full balance |

## CONTACT INFORMATION

3675 E IMPERIAL HWY STE
BREA, CA 92821
(877) 572-7555

### PAYMENT HISTORY

**2019**

Jan Feb Mar Apr
☐ ☐ ☐ ☐

May Jun Jul Aug
☐ ☐ ■ ☐

Sep Oct Nov Dec
☐ ☐ ☐ ☐

■ Negative    ☐ Data Unavailable

*Summary     Accounts     Collections     Inquiries     Public Records     Credit Score*

**37 of 40**

Date of Report: Apr 29, 2020

**experian.**

# Inquiries

### Q   US SM BUS ADMIN ODA

| | |
|---|---|
| Inquiry Date | Apr 19, 2020 |
| Removal Date | Apr 2022 |
| Business Type | Federal government |
| Contact Information | 1 BALTIMORE PL NW STE 30 |
| | ATLANTA, GA 30308 |
| | (404) 347-3771 |

### Q   BK OF AMER

| | |
|---|---|
| Inquiry Date | Jun 25, 2019 |
| Removal Date | Jun 2021 |
| Business Type | All banks - non specific |
| Contact Information | 9000 SOUTHSIDE BLVD BLDG |
| | JACKSONVILLE, FL 32256 |
| | (800) 215-6195 |

### Q   BK OF AMER

| | |
|---|---|
| Inquiry Date | Jun 24, 2019 |
| Removal Date | Jun 2021 |
| Business Type | All banks - non specific |
| Contact Information | 9000 SOUTHSIDE BLVD BLDG |
| | JACKSONVILLE, FL 32256 |
| | (800) 215-6195 |

### Q   CAPITAL ONE AUTO FIN

| | |
|---|---|
| Inquiry Date | Jun 24, 2019 |
| Removal Date | Jun 2021 |
| Business Type | Auto financing companies |
| Contact Information | PO BOX 259407 |
| | PLANO, TX 75025 |
| | (800) 946-0332 |

### Q   CHAMPION FORD

| | |
|---|---|
| Inquiry Date | Jun 24, 2019 |
| Removal Date | Jun 2021 |
| Business Type | Automobile dealers, new |
| Contact Information | 20777 KATY FWY |
| | KATY, TX 77450 |
| | (281) 579-9100 |

### Q   MERCEDES BENZ OF SOUTH

| | |
|---|---|
| Inquiry Date | Feb 20, 2019 |
| Removal Date | Feb 2021 |
| Business Type | Automotive - non specific |
| Contact Information | 3233 PACIFIC COAST HWY |
| | TORRANCE, CA 90505 |
| | (310) 534-0333 |

_Summary_      _Accounts_      _Collections_      _Inquiries_      _Public Records_   _Credit Scor_

38 of 40

Date of Report: Apr 29, 2020

**⁷experian.**

🔍  **ON-SITE MANAGER INC**

| | |
|---|---|
| Inquiry Date | Feb 18, 2019 |
| Removal Date | Feb 2021 |
| Business Type | Tenant screeners (reseller) |
| Contact Information | 307 ORCHARD CITY DR STE<br>CAMPBELL, CA 95008<br>(408) 795-4180 |

🔍  **CENTRAL CREDIT LLC**

| | |
|---|---|
| Inquiry Date | Jun 21, 2018 |
| Removal Date | Jun 2020 |
| Business Type | Finance reseller |
| Contact Information | PO BOX 97398<br>LAS VEGAS, NV 89193<br>(702) 893-1900 |

*Summary      Accounts      Collections      Inquiries      Public Records      Credit Scor*

experian.

# Public Records

> public records

CMRE FINANCIAL SERVICES, INC
3075 E IMPERIAL HWY SUITE 200
BREA CA 92821-6753

2020-43267 / Court: 125



CMRE
Financial Services, Inc.

Phone: (866) 206-1336
customerservice@cmrefsi.com | www.cmrefsi.com
Hours: 7:00 am - 5:30 pm Pacific Standard Time

026959

Notice: Please see reverse side for important
information regarding your rights

WORLEY,DONALD S
10711 CEDAR CREEK DR
HOUSTON TX 77042-2305

Statement Date: June 20, 2019                                Patient Name: WORLEY,DONALD S

RESOLUTION OFFER

In an effort to assist you in resolving your account with KIRBY EMERGENCY PHYSICIANS, we can extend you an offer to resolve your account as follows:



Pay the resolution amount of
**$788.17 by 08/03/2019**
Outstanding Account Balance       $1,176.37
Adjustment                        $388.20
Resolution Amount                 $788.17



If you chose to accept this offer to resolve your account, please return your payment with the stub below.

This resolution offer only applies to the account listed below and does not apply to any other accounts you may have.

For your convenience, you may pay with your Visa, MasterCard, American Express, Discover Card, Western Union Quick Collect, personal check, or money order. To pay your bill online, go to www.cmrefsi.com. You may also access our automated payment center 24 hours a day, 7 days a week using your CMRE account number and PIN number located at the bottom left hand portion of this notice when making your payment.

If you have any questions regarding this offer please call (866) 206-1336. Thank you for your attention to this matter and we sincerely hope you will take advantage of this offer.

Calls to and from this office may be monitored or recorded.

Collections Representative
866-206-1336

This is a communication from a debt collector.
This is an attempt to collect a debt and any information obtained will be used for that purpose.                      S01
Please retain top portion for your records                                                                            S01

| CMRE Account #: | 0046978870 |
|---|---|
| Pin #: | 8870 |
| Phone: | (866) 206-1336 |
| Patient: | WORLEY,DONALD S |
| Creditor Name: | KIRBY EMERGENCY PHYSICIANS |
| Creditor Account #: | 0026-1000023557-0073575211 |
| Outstanding Balance: | $1,176.37 |
| Adjustment: | $388.20 |
| Resolution Amount: | $788.17 |

To pay your bill online, go to www.cmrefsi.com

Statement Date: June 20, 2019

Remit To:

CMRE FINANCIAL SERVICES, INC
3075 E IMPERIAL HWY SUITE 200
BREA CA 92821-6753

EXHIBIT

B

26959



### Important information about your debt.

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of rights that consumers have under state and federal law.

**California Residents:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair DEBT Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area. State and federal law require debt collectors to treat you fairly, and prohibit debt collectors from making false statements or threats of violence, using obscene or profane language, and making improper communications with third parties, including your employer.

The Rosenthal Act, California Civil Code Section 1788.21, also requires that you notify your creditor within a reasonable amount of time of your change of name, address, or employment for any existing consumer credit.

**Colorado Residents:**
Colorado Location:
7200 S Alton Way Ste B180, Centennial, CO 80112
(303) 309-3839
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE
WWW.COAG.GOV/CAR.
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Connecticut Residents:**
Each hospital which holds or administers one or more hospital bed funds shall require its collection agents, in all bills and collection notices, to include a one-page summary describing the hospital bed fund and how to apply for such funds.

**Massachusetts Residents:**
NOTICE OF IMPORTANT RIGHTS:
You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**Minnesota Residents:**
This collection agency is licensed by the Minnesota Department of Commerce, License Number: 40035249

**Nevada Residents:**
If you pay or agree to pay the debt or any portion of the debt, the payment or agreement to pay may be construed as:
(1) An acknowledgment of the debt; and
(2) A waiver of any applicable statute of limitations set forth in NRS 11.190 that otherwise precludes the collection of the debt.
If you do not understand or have questions concerning your legal rights or obligations relating to the debt, you should seek legal advice.
(3) As used in this section, "Hospital" has the meaning ascribed to it in NRS 449.012.

**New York City Residents:**
This collection agency is licensed by the New York Department of Consumer Affairs. License Number: 3495596

**North Carolina Residents:**
This collection agency is licensed by the North Carolina Department of Insurance, Permit Number: 103839

**Tennessee Residents:**
This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance.

**Utah Residents:**
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.



MARILYN BURGESS
HARRIS COUNTY DISTRICT CLERK
P.O. BOX 4651
HOUSTON, TEXAS 77210-4651



CERTIFIED MAIL

7018 2290 0001 3525 4487

CMRE FINANCIAL SERVICES INC
C/O COGENCY GLOBAL INC
1601 ELM ST SUITE 4360
DALLAS, TEXAS 75201

2020-43267    125TH CRT

neopost⌀
07/27/2020
US POSTAGE $009.40°
ZIP 77002
041M11225239966

FIRST-CLASS MAIL

## CAUSE NO. 2020-43267

| | | |
|---|---|---|
| **DONALD S. WORLEY,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **125TH JUDICIAL DISTRICT** |
| **CMRE FINANCIAL SERVICES, INC.,** | § | |
| **EXPERIAN INFORMATION** | § | |
| **SOLUTIONS, INC. d/b/a EXPERIAN, and** | § | |
| **KIRBY EMERGENCY PHYSICIANS,** | § | |
| **PLLC,** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| *Defendants.* | § | |

### DEFENDANT CMRE FINANCIAL SERVICES, INC.'S
### ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CMRE FINANCIAL SERVICES, INC., Defendant herein, and files its

Original Answer and would respectfully show unto the Court as follows:

### GENERAL DENIAL

As authorized by Rule 92, Texas Rules of Civil Procedure, Defendant generally denies

each and every, all and singular, the allegations found in Plaintiff's Original Petition and, since

they are allegations of fact, the Plaintiff should be required to prove the allegations asserted against

Defendant by a preponderance of the evidence in accordance with the laws of the State of Texas.

### AFFIRMATIVE DEFENSES

1.     Any violation, if it occurred, was the result of a bona fide error.

2.     Plaintiff's damages, if any, are the result of the actions of third parties over whom

Defendant has no control.

3.     Plaintiff's damages, if any, were pre-existing damages not caused by Defendant.

4.      Plaintiff has failed to mitigate damages, if any.

5.      Plaintiff proximately caused his own damages, if any.

6.      Conditions precedent have not been met and have not been waived.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully asks the Court to:

1) Find Plaintiff's claims are not valid.

2) Enter judgment that Plaintiff take nothing from Defendant.


Dated: August 24, 2020.                          Respectfully submitted,

                                                 **MALONE FROST MARTIN PLLC**

                                                 */s/Robbie Malone*
                                                 ROBBIE MALONE
                                                 State Bar No. 12876450
                                                 Email: rmalone@mamlaw.com
                                                 EUGENE XERXES MARTIN, IV
                                                 State Bar No. 24078928
                                                 Email: xmartin@mamlaw.com
                                                 **MALONE FROST MARTIN PLLC**
                                                 NorthPark Central, Suite 1850
                                                 8750 North Central Expressway
                                                 Dallas, Texas 75231
                                                 T: 214-346-2630 | F: 214-346-2631

                                                 **COUNSEL FOR DEFENDANT**
                                                 **CMRE FINANCIAL SERVICES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing has been forwarded

via **CM/ECF** and **CMRRR** on this 24th day of August, 2020.

**Michelle Eddington**
michelle@mcdonaldworley.com
1770 St. James Place, Suite 100
Houston, TX 77056
Tel: (713) 523-5500
Fax: (713) 523-5501

_/s/Robbie Malone_
ROBBIE MALONE